IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROGER LEWIS as Administrator of the Estate of KATHERINE LEWIS, deceased, and ROGER LEWIS for and on behalf of the Heirs at Law of KATHERINE LEWIS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT LUKE'S HOSPITAL OF KANSAS CITY; SAINT LUKE'S HEALTH SYSTEM, INC., a/k/a SAINT LUKE'S HEALTH SYSTEM,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Civil Action No.<br>05-0165-CV-W-REL |

\_\_  **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion to dismiss plaintiffs' cause of action is granted. Because Plaintiff is unable to file a health care affidavit as required by Section 538.225, this case is dismissed without prejudice.

P. L. Brune, Clerk

/s/ Sue Anderson-Porter

Date: October 12, 2005         By  Sue Anderson-Porter
                                    Deputy Clerk